IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. 2:05-cr-0554 LKK EFB P

vs.

HARVEY SEWELL,

    Movant.

ORDER

_____/

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On July 20, 2012, respondent filed a request for leave to conduct discovery, which the undersigned granted. Dckt. Nos. 246, 253. On November 14, 2012, the district court, on its own motion, denied discovery pending the undersigned's consideration of the adequacy of the § 2255 motion. Dckt. No. 268.

A response to the amended § 2255 motion is currently due January 16, 2013. Dckt. No. 267. That date is confirmed. Movant's reply, if any, shall be filed no later than February 20, 2013.

So Ordered.

Dated: November 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE